FILED
2026 Jun-10 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**RENE ERNESTO MARTINEZ ALVARENGA,**
Petitioner,

**v.**

**JORDAN POWELL, et al.**,
Respondents.

**Case No. 7:26-cv-939-CLM-HNJ**

**FINAL JUDGMENT**

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS IN PART** Petitioner Rene Ernesto Martinez Alvarenga's petition for writ of habeas corpus (doc. 1), **DISMISSES** Jordan Powell, David Venturella, Markwayne Mullin, and Todd Blanche as Respondents, and **VACATES AS MOOT** the court's temporary restraining order (doc. 4).

The court further rules as follows:

1. The court **ORDERS** Respondent Brian Acuna to either (a) bring Martinez Alvarenga before an immigration judge for a bond hearing by **June 18, 2026**, or (b) release Martinez Alvarenga from custody.

2. If a bond hearing is conducted, the hearing must include—and the resulting order must reflect—consideration of all evidence properly submitted by Martinez Alvarenga and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006).

3. Martinez Alvarenga's counsel must receive at least 48 hours' notice of the hearing, but only if she enters her appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice.

4. If either (a) Martinez Alvarenga is not given a bond hearing by **June 18, 2026**, or (b) an immigration judge denies bond for reasons that conflict with current Eleventh Circuit precedent (*i.e.*, *Hernandez Alvarez*), then this court **ORDERS** that Acuna release Martinez Alvarenga with reasonable conditions of supervision.

The court **DIRECTS** the Clerk of Court to close this case.

The court retains jurisdiction over this action to effectuate the ruling in its memorandum opinion and final judgment.

**Done** and **Ordered** on June 10, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE